UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO. 2:20-mj-130 JEM |
| v. | ) | |
| | ) | |
| MARY COSSEY | ) | |

**GOVERNMENT'S AGREED MOTION FOR EXTENSION OF TIME TO CHARGE DEFENDANT BY INFORMATION OR INDICTMENT**

The United States of America, through Assistant United States Attorney Abizer Zanzi, and with the agreement of Defendant Mary Cossey, through her counsel Scott King, moves this Court for additional time to file charges by indictment or information, and states as follows:

1. On August 5, 2020, Defendant appeared by summons pursuant to a criminal complaint approved by the Court charging Defendant with violations of 18 U.S.C. § 1343 (wire fraud).

2. Pursuant to 18 U.S.C. § 3161(b), the current deadline for the government to file charges against Defendant by information or indictment is September 4, 2020.

3. By agreement with Defendant through her counsel Attorney King, the government requests an fourteen (14) day continuance to file charges against Defendant. The parties intend to use this time to attempt to resolve the pending charges prior to the issuance of a formal indictment. The

government further requests that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the 14-day continuance be excluded from the time within which an information or indictment must be filed.

4.   Attorney King has informed the government that Defendant has been advised of the nature of the charges and her rights hereto, and consents to the proposed extension of time for charges by indictment or information to be filed until September 18, 2018. A signed waiver form is attached.

Wherefore, the government requests that Court grant it fourteen (14) day extension of time, through and including September 18, 2020, to file charges by indictment or information against Defendant Mary Cossey.

                Respectfully submitted,

                THOMAS L. KIRSCH II
                United States Attorney

By:   /s/ *Abizer Zanzi*
      ABIZER ZANZI
      Assistant United States Attorney
      5400 Federal Plaza, Suite 1500
      Hammond, Indiana 46320
      (219) 937-5500